IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROYAL JOSEPH WRIGHT, JR.,
    Petitioner,

vs.                                          Case No.:  5:15cv79/RV/EMT

JULIE JONES,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 29, 2016 (ECF No. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections (doc. 21).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 13) is **GRANTED**.

3. The habeas petition (ECF No. 1) is **DISMISSED** with prejudice as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of April, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**